# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HAROLD HUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-659

[June 3, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case No. 11-007506CF10A.

Harold Hunt, Monticello, pro se.

No appearance required by appellee.

PER CURIAM.

Harold Hunt appeals the circuit court's order denying his motion to correct illegal sentence under Florida Rule of Criminal Procedure 3.800(a). We affirm without comment the court's denial of the motion but remand for the court to correct scrivener's errors.

Within its response filed in the circuit court, the State recognized that the judgment was incorrect. Appellant's convictions for sexual battery upon a child are capital felonies, § 794.011(2)(a), Fla. Stat. (2011), and his conviction for lewd and lascivious molestation is a life felony, § 800.04(5)(b), Fla. Stat. (2011). They are not first-degree felonies as presently set forth in the judgment.

Although we affirm the order denying appellant's motion, we remand with directions that the scrivener's errors be corrected. *See Lucas v. State*, 247 So. 3d 23, 24 (Fla. 4th DCA 2018); *Sweeney v. State*, 138 So. 3d 1095, 1095 (Fla. 4th DCA 2014). Appellant's presence is not required for these corrections. *See Lucas*, 247 So. 3d at 24 (citing *Sweeney*, 138 So. 3d at 1095).

*Affirmed; remanded to correct scrivener's errors in appellant's judgment.*

MAY, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

**Not final until disposition of timely filed motion for rehearing.**